UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE MANUEL FRIAS LOPEZ et al.,<br>Defendants. | CASE NO. 2:24-cr-00016-LK<br>ORDER CONTINUING TRIAL |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial. Dkt. No. 226. Defendant Jean Carlo Zamora Caicedo and the United States move to continue trial from July 27, 2026, until April 5, 2027, with a pretrial motions deadline of January 11, 2027. *Id.* at 1. Of the ten defendants named in this matter, seven have appeared in this Court and six have pleaded guilty (three have been sentenced and three are pending sentencing). *See* Dkt. Nos. 108, 183, 192, 201, 207, 216. Of the defendants who have appeared, only Mr. Zamora Caicedo is currently pending trial. Dkt. No. 219. On July 20, 2026, Mr. Zamora Caicedo filed a waiver of his speedy trial right through May 30, 2027. Dkt. No. 229.

On January 24, 2024, a federal grand jury indicted Mr. Zamora Caicedo and eight other codefendants on multiple counts associated with the alleged importation and distribution of cocaine. Dkt. No. 1. A Superseding Indictment adding a tenth defendant was issued on May 15, 2024. Dkt. No. 23. The Superseding Indictment charges Mr. Zamora Caicedo with (1) one count of Conspiracy to Import Cocaine, (2) one count of Distribution of Cocaine for Purpose of Importation, (3) one count of Attempted Importation of Cocaine, (4) one count of Conspiracy to Commit Money Laundering, and (5 – 6) two counts of Money Laundering – Concealment. *Id.*; *see also* 21 U.S.C. §§ 952, 959(a), 960(a)(1), (3), 960(b)(1)(B), 963; 18 U.S.C. §§ 2, 1956(a)(2)(B)(i), (3)(B).

Of the ten total defendants in this matter, seven—Mr. Villafane Osorio, Mr. Garcia Cardenas, Mr. Frias Lopez, Mr. Alfonso Clavijo, Mr. Mahecha Sanchez, Mr. Rodriguez Mendoza, and Mr. Zamora Caicedo—have appeared. Dkt. Nos. 50, 83, 112, 140, 153, 214. Of those who have appeared, the Court has accepted guilty pleas from all but Mr. Zamora Caicedo. Dkt. Nos. 100, 147, 179, 187, 206, 225. Three Defendants have already been sentenced, Dkt. Nos. 108, 201, 216, and the other three are pending sentencing, Dkt. Nos. 183, 192, 207. Mr. Zamora Caicedo was arrested, arraigned, and ordered detained on June 22, 2026. Dkt. No. 214. Of the three defendants who have not yet appeared in this matter, one defendant is pending extradition from Colombia and two defendants remain at large outside of the United States. Dkt. No. 226 at 3.

The case against Defendants involves an alleged international conspiracy to import cocaine from Colombia to the United States, and the counts against them carry very serious potential penalties. *See id.* at 4–5 (noting that Mr. Zamora Caicedo faces a mandatory minimum prison term if convicted). The parties note that "[d]iscovery is largely ready for production to Mr. Zamora Caicedo, but given its scope, defense will need substantial time to review and analyze the evidence prior to the filing of pretrial motions and preparing for trial." *Id.* at 5. This evidence includes

"hundreds of law enforcement reports, a large amount of surveillance photographs, many hours of surveillance videos, wire intercepts (conducted under U.S. and Colombian law), and scores of photographs and physical evidence obtained during the execution of takedown searches that occurred not only in the United States, but also in Colombia." *Id.* Much of this discovery is exclusively in the Spanish language and will therefore need to be translated. *Id.* at 4. The parties represent that, given the volume of discovery, "the earliest date this case could realistically be ready for trial" is April 5, 2027. *Id.* The parties also stipulate to a pretrial motions deadline of January 11, 2027. *Id.*

The parties agree that a continuance is necessary to allow defense counsel to review discovery, adequately explore potential pretrial motions, and prepare for trial. *Id.* at 5–6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Zamora Caicedo in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying counsel for Mr. Zamora Caicedo the reasonable time necessary to accomplish the above tasks, taking into account the exercise of due diligence and the complexity of the case, including the number of defendants and the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(i)–(ii), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide Mr. Zamora Caicedo reasonable time to accomplish the above tasks. 18 U.S.C. § 3161(h)(6).

For these reasons, the Court GRANTS the parties' stipulated motion, Dkt. No. 226, and ORDERS that the trial date for Mr. Zamora Caicedo shall be continued from July 27, 2026, until April 5, 2027, and that the pretrial motions deadline shall be continued to January 11, 2027. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(6) and (h)(7)(A) and (B), the period of

delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which trial must commence for Mr. Zamora Caicedo under the Speedy Trial Act.

Dated this 22nd day of July, 2026.

Lauren King
United States District Judge